No. 80–1074. VELDE, ADMINISTRATOR, LAW ENFORCEMENT ASSISTANCE ADMINISTRATION, ET AL. *v.* NATIONAL BLACK POLICE ASSN., INC., ET AL. C. A. D. C. Cir. Certiorari granted. JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 80–1345. KAISER STEEL CORP. *v.* MULLINS ET AL. C. A. D. C. Cir. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 79–706. MCCULLEY, ADMINISTRATOR *v.* MITSUI O. S. K. LINES, LTD., ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1240. STOCKSTILL ET AL. *v.* GYPSUM TRANSPORTATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–94. COMPANIA MARITIME NAVEGACION NETUMAR, S. A. *v.* IRIZARRY. C. A. 2d Cir. Certiorari denied.

No. 80–503. KING, CHIEF, FAIRFAX COUNTY POLICE DEPARTMENT, ET AL. *v.* WALLACE ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–642. RAYMOND, ADMINISTRATRIX *v.* I/S CARIBIA. C. A. 1st Cir. Certiorari denied.

No. 80–745. ORIENTAL STEAMSHIP CORP. *v.* MCMICHAEL. C. A. 9th Cir. Certiorari denied.